Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

RANDALL B. SUNBERG
Partner-in-Charge

René M. Johnson
609.919.6607
rjohnson@morganlewis.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 DEC 2010

December 1, 2010

**VIA FACSIMILE ONLY [212-805-6304]**

The Honorable Paul A. Crotty
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007-1312

SO ORDERED: 01 DEC 2010

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Ilya Eric Kolchinsky v. Moody's Corporation, et al.
Civil Action No. 10-6840 (PAC)

Dear Judge Crotty:

We write on behalf of Defendants Moody's Corporation, Moody's Investors Service, Inc., and Raymond McDaniel (collectively, "Defendants"). Pursuant to Your Honor's October 25, 2010 Order, we have conferred with counsel for Plaintiff Ilya Eric Kolchinsky ("Plaintiff") and jointly submit for Your Honor's approval the following proposed briefing schedule for Defendants' Motion to Dismiss the Amended Complaint:

- Defendants' Motion to be filed by December 27, 2010;
- Plaintiff's Opposition to be filed by January 28, 2011; and
- Defendants' Reply to be filed by February 18, 2011.

All parties are in agreement with the above proposed briefing schedule. We thank Your Honor for consideration of this request.

Respectfully submitted,

/s/ René M. Johnson /JN

René M. Johnson, Esq.
RMJ/jan
cc: Jenice L. Malecki, Esq. [via facsimile and regular mail]

**MEMO ENDORSED**

Princeton Philadelphia Washington New York Los Angeles San Francisco Miami Pittsburgh Chicago
Palo Alto Dallas Harrisburg Irvine Boston London Paris Brussels Frankfurt Beijing Tokyo

815402_3

TOTAL P.003