*Law Offices*
**MORGAN, LEWIS & BOCKIUS LLP**
**(Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, NJ  08540-6241**
**609.919.6600 / 6701 (fax)**
**René M. Johnson**
**Joseph A. Nuccio**
**Attorneys for Defendants**
**Moody's Corporation, Moody's Investors Service, Inc.,**
**and Raymond McDaniel**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ILYA ERIC KOLCHINSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., and RAYMOND MCDANIEL,**<br><br>Defendants. | **Civil Action No. 10-6840 (PAC)**<br><br>**DEFENDANTS MOODY'S CORPORATION AND MOODY'S INVESTORS SERVICE, INC.'S, NOTICE OF MOTION TO DISMISS**<br><br>*ELECTRONICALLY FILED* |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Declaration of Joseph A. Nuccio and exhibits thereto, and all of the papers and proceedings herein, Defendants Moody's Investors Service, Inc., and Moody's Corporation (collectively, the "Moody's Defendants"), through their undersigned counsel, will move this Court on a date to be determined, before the Honorable Paul A. Crotty, United States District Court Judge for the Southern District of New York, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of

2

Civil Procedure, granting the Moody's Defendants' motion to dismiss all claims against them in the Amended Complaint.

                        Respectfully submitted,

                        **Morgan, Lewis & Bockius LLP**
                        Attorneys for Moody's Corporation, Moody's
                        Investors Service, Inc., and Raymond McDaniel

                        s/ Joseph A. Nuccio
                        René M. Johnson

Dated:  December 28, 2010        Joseph A. Nuccio