*Law Offices*
**MORGAN, LEWIS & BOCKIUS LLP**
**(Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, NJ  08540-6241**
**609.919.6600 / 6701 (fax)**
**René M. Johnson**
**Joseph A. Nuccio**
**Attorneys for Defendants**
**Moody's Corporation, Moody's Investors Service, Inc.,**
**and Raymond McDaniel**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ILYA ERIC KOLCHINSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., and RAYMOND MCDANIEL,**<br><br>Defendants. | Civil Action No. 10-6840 (PAC)<br><br>**DEFENDANT RAYMOND MCDANIEL'S NOTICE OF MOTION TO DISMISS**<br><br>*ELECTRONICALLY FILED* |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, Declaration of Joseph A. Nuccio and exhibits thereto, and all of the papers and proceedings herein, Defendant Raymond McDaniel, through his undersigned counsel, will move this Court on a date to be determined, before the Honorable Paul A. Crotty, United States District Court Judge for the Southern District of New York, for an Order, pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure, granting Defendant McDaniel's motion to dismiss all claims against him in the First Amended Complaint.

        Respectfully submitted,

        **Morgan, Lewis & Bockius LLP**
        Attorneys for Moody's Corporation, Moody's
        Investors Service, Inc., and Raymond McDaniel

        s/ Joseph A. Nuccio
        René M. Johnson
Dated:  December 28, 2010        Joseph A. Nuccio