```
USDC SDNY                    Crotty
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-12
```

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ILYA ERIC KOLCHINSKY,

                                Plaintiff,

     — against —

MOODY'S CORPORATION, MOODY'S INVESTORS
SERVICE, INC., and RAYMOND McDANIEL,

                                Defendants.
----------------------------------------------------------------X

10 Civ. 6840 (PAC)

STIPULATION + Order

IT HEREBY IS STIPULATED AND AGREED between the undersigned counsel of record for all parties that Defendants' Answer to Plaintiff's Second Amended Complaint will be filed and served by March 27, 2012.

Dated:    New York, New York
          March 13, 2012

*Attorneys for Plaintiff*

BY: _____
Joshua F. Reisman, Esq.
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
(702) 727-6258

Todd J. Krouner, Esq.
Scott J. Koplik, Esq.
Diana M. Carlino, Esq.
LAW OFFICE OF TODD J. KROUNER
93 North Greeley Avenue
Chappaqua, New York 10514
(914) 238-5800

*Attorneys for Defendants*

BY: _____
Rene M. Johnson, Esq.
Joseph A. Nuccio, Esq.
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
(609) 919-6600

SO ORDERED:

Dated: March 14, 2012

_____
Hon. Paul A. Crotty
United States District Judge

DB1/ 69308044.1