**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey  08540-6241
609.919.6600

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ILYA ERIC KOLCHINSKY,**<br><br>Plaintiff,<br><br>v.<br><br>**MOODY'S CORPORATION, MOODY'S INVESTORS SERVICE, INC., and RAYMOND McDANIEL,**<br><br>Defendants. | Civil Action No. 10-6840 (PAC) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Lia N. Brooks, as counsel of record for Defendants Moody's Corporation, Moody's Investors Service, Inc., and Raymond McDaniel in the above-captioned matter.

Dated: Princeton, New Jersey
       May 3, 2012

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

s/ Lia N. Brooks
Lia N. Brooks
502 Carnegie Center
Princeton, NJ  08540
Tel.: (609) 919-6515
Fax: (609) 919-6701
Email: lbrooks@morganlewis.com

*Attorneys for Defendants*

DB1/ 69733035.1