UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ILYA ERIC KOLCHINSKY,     Plaintiff,          Case No. 10-6840 (PAC)

-against-

MOODY'S CORPORATION, et al.    Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Lia N. Brooks**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LB-0618     My State Bar Number is 4215653

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Frankfurt Kurnit Klein & Selz, P.C.
            FIRM ADDRESS: 488 Madison Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: (212) 980-0120
            FIRM FAX NUMBER: (212) 593-9175

NEW FIRM:   FIRM NAME: Morgan, Lewis & Bockius, LLP
            FIRM ADDRESS: 502 Carnegie Center, Princeton, NJ 08540
            FIRM TELEPHONE NUMBER: (609) 919-6515
            FIRM FAX NUMBER: (609) 919-6701

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 16, 2012

s/ Lia N. Brooks
ATTORNEY'S SIGNATURE