Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

RANDALL B. SUNBERG
Partner-in-Charge

Joseph A. Nuccio
Associate
609.919.6659

June 12, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-12
```

**VIA ELECTRONIC MAIL ONLY**

The Honorable Paul A. Crotty
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application GRANTED. The conference is adjourned to 07/26/12 at 4:45 pm in Courtroom 20-C

SO ORDERED:

_____  6-12-12
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:  Ilya Eric Kolchinsky v. Moody's Corporation, et al.
     Civil Action No. 10-6840 (PAC)

Dear Judge Crotty:

We write jointly on behalf all parties in this matter to request the discovery status conference set for June 14, 2012, be adjourned. Good cause exists for this request because the parties are currently negotiating terms of a stipulated voluntary dismissal of this matter, which the parties expect to have finalized and filed with the Court within the coming few weeks. Accordingly, the parties respectfully request that the June 14, 2012 status conference be adjourned for at least six (6) weeks, to July 26, 2012 (or such later date as may be selected by the Court), to afford the parties time to finalize said stipulated dismissal.

This is the parties' first request for adjournment of this conference. Plaintiff's counsel consents to and joins in this request.

Respectfully submitted,

Joseph A. Nuccio, Esq.
JAN

cc:  Joshua H. Reisman, Esq. (via e-mail)
     Todd J. Krouner, Esq. (via e-mail)
     Diana M. Carlino, Esq. (via e-mail)

MEMO ENDORSED