**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                          NOTICE OF REASSIGNMENT

          OF

CASES FROM HON. PAUL A. CROTTY

-------------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                HON. RONNIE ABRAMS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: July 10, 2012

                                          Ruby J. Krajick, CLERK

                                          Philip Guarnieri
                          By: _____
                                          Deputy Clerk

cc: Attorneys of Record

Judge Crotty to Judge Abrams

08-cv-7679
09-cv-5836
10-cv-2219
10-cv-3174
10-cv-6840
11-cv-0499
11-cv-0780
11-cv-1462
11-cv-1720
11-cv-2517
11-cv-3172
11-cv-4806
11-cv-6013