```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: JUL 23 2012          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
ILYA ERIC KOLCHINSKY,                         :
                                              :
                          Plaintiff,          :
                                              :          No. 10 Civ. 6840 (RA)
            -v-                               :
                                              :          ORDER AND NOTICE OF
MOODY'S CORPORATION, et al.,                  :          CONFERENCE
                                              :
                          Defendants.         :
                                              :
----------------------------------------------------- X

RONNIE ABRAMS, United States District Judge:

       This case has been reassigned to me for all purposes.  It is hereby:

       ORDERED that counsel for all parties appear for a status conference on August 7, 2012

at 10:00 a.m. in Courtroom 9B of the U.S. District Court for the Southern District of New York,

500 Pearl Street, New York, New York.  All current deadlines and schedules remain in effect,

except that any other scheduled Court conference or oral argument is adjourned.

       IT IS FURTHER ORDERED that, by July 31, 2012, the parties submit a joint letter, not

to exceed five (5) pages, providing the following information in separate paragraphs:

       1.     Names of counsel and current contact information, if different from the docket;

       2.     A brief description of the nature of the case and its procedural posture;

       3.     A list of all existing deadlines;

       4.     A summary of any motion that has been made (including the date of the motion
              and whether the motion has been decided), as well as any contemplated motions;

       5.     A summary of all discovery undertaken to date, discovery remaining (noting
              scheduled dates therefor), and what, if any, discovery remains that may be
              essential for the parties to engage in meaningful settlement negotiations;

       6.     A brief description of the settlement history of the case (without disclosing the
              parties' offers or settlement positions) and the prospect for settlement;

7.  A statement as to whether the parties would consent to the exercise of jurisdiction by a United States Magistrate Judge for any and all purposes, including dispositive motions and/or trial;

8.  The estimated length of trial and whether a jury trial has been demanded; and

9.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive or novel issue raised by the case.

Please review the Court's applicable Individual Rules and Practices (available at

http://nysd.uscourts.gov/judge/Abrams) prior to the scheduled conference.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit

on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:      July 23, 2012
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge