UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

**ILYA ERIC KOLCHINSKY**,                  :

                       Plaintiff,     :          **10 Civ. 6840 (RA)**

            — against —           :

                                               :

**MOODY'S CORPORATION, et al,**     :         **AFFIDAVIT OF SERVICE**

                       Defendants.   :

                                             :

----------------------------------------------------------------x

STATE OF NEVADA       )

                           ) ss.

COUNTY OF CLARK      )

        JOSHUA H. REISMAN, ESQ., being first duly sworn, deposes and says:

        1.      I am a member of the law firm of Reisman Sorokac.  I am duly licensed to practice before the United States District Court for the Southern District of New York, and I am an attorney of record for the Plaintiff in the above-captioned matter.

        2.      I certify that I served a copy of the Court's Order and Notice of Conference, dated July 23, 2012 (Dkt. Entry No. 50), upon counsel for Defendants Moody's Corporation and Moody's Investors Service, Inc., in the following manner:

           a.   By having my office e-mail a copy of the same to Joseph A. Nuccio, Esq., and Rene M. Johnson, Esq., on July 25, 2012; and

           b.   By having my office place a true and correct copy of the same on July 26, 2012, in the U.S. Mail, postage prepaid, addressed as follows:  Joseph A Nuccio, Esq., and Rene M. Johnson, Esq., at 502 Carnegie Center, Princeton, NJ 08540.

                                                    _____

                                                JOSHUA H. REISMAN, ESQ.

SUBSCRIBED and SWORN to before
me this 30ᵀᴴ day of July, 2012.

_____
NOTARY PUBLIC in and for said
County and State



NOTARY PUBLIC
**ROSEMARY OZMON**
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEB. 18, 2014
No: 03-84921-1